IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 14-00354-01-CR-W-DGK |
| KEENAN A. MOORE, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays (Doc. 23), to which there has been no timely objection, the plea of guilty by the Defendant to Counts One of the Indictment filed on December 17, 2014, is now accepted and the Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

       /s/ Greg Kays
       GREG KAYS, CHIEF JUDGE
       UNITED STATES DISTRICT COURT

Dated: August 3, 2015